L. A. METCALF and ALPHA METCALF, his wife, v. MARY OLA BARROW, a widow, ERESS E. MATTHEWS, joined by her husband, W. S. MATTHEWS, JULIA MITCHELL, joined by her husband, JOHN F. MITCHELL, and WALTON H. OWENS.

9 So. (2nd) 98                                        En Banc
June 30, 1942

Yonge, Beggs & Carter, A. G. Campbell, Jr., and James N. Daniel, for plaintiffs in error.

Jones & Latham, for defendants in error.

PER CURIAM:

The record and the briefs in this case have been examined and the judgment appealed from is reversed on authority of the companion case of Green v. Barrow, et al., decided May 19, 1942, the questions in each case being similar.

Reversed.